IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ANTONIO ROJAS RODRIGUEZ, CRISTAL CARRENO, and ALAN VELASQUEZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN L. FINAN, *et al.*,<br><br>Defendants. | Civil Action No. 2:15-cv-02317-BHH<br><br><br><br>**ORDER** |

This Court has considered the Joint Motion to Dismiss Pursuant To Settlement Agreements filed by Plaintiffs; Defendant Glenn McConnell, in his official capacity as President of the College of Charleston; and Defendant Mary Thornley, in her official capacity as President of Trident Technical College, and to which the remaining defendants do not object. The Court has reviewed the Settlement Agreement between Plaintiffs and Defendant McConnell (the "Charleston Settlement Agreement") and the Settlement Agreement between Plaintiffs and Defendant Thornley (the "TTC Settlement Agreement"; together, the "Settlement Agreements") and now, without objection, orders as follows:

1. The Joint Motion to Dismiss Pursuant To Settlement Agreements is **GRANTED.**

2. This action is **DISMISSED WITH PREJUDICE** as to Defendants McConnell and Thornley only, with each side to bear its own fees and costs.

3. The Court retains jurisdiction for five (5) years to enforce certain terms of the Settlement Agreements as specifically set forth in Section 5 of the TTC Settlement Agreement and Section 7 of the Charleston Settlement Agreement.

1

2

The Court retains the discretion to restrict its retention of jurisdiction as set forth in the Settlement Agreements. *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994); *Columbus-America Discovery Group v. Atlantic Mutual Insurance Co.*, 203 F.3d 291, 299 (4th Cir. 2000).

AND IT IS SO ORDERED.

            s/Bruce Howe Hendricks
            _____
            Bruce Howe Hendricks
            United States District Judge

Dated: **October _30, 2015**
Greenville, South Carolina