IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ANTONIO ROJAS RODRIGUEZ, CRISTAL CARRENO, and ALAN VELASQUEZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN L. FINAN, *et al.*,<br><br>Defendants. | Civil Action No. 2:15-cv-02317-BHH<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(A)(ii), Plaintiffs Antonio Rojas Rodriguez, Cristal Carreno, and Alan Velasquez ("Plaintiffs"), and Defendants John L. Finan, Clark Parker, Jennifer Settlemyer, Tim Hofferth, Terrye Seckinger, Charles Munns, Bettie Rose Horne, Diane Kuhl, Kim Phillips, Hood Temple, Louis Lynn, Allison Dean Love, Paul Batson, Evans Whitaker and Julie Carullo, in their official capacities ("CHE Defendants"), hereby stipulate to the dismissal of Plaintiffs' claims against the CHE Defendants, with prejudice.[1]

Respectfully submitted,

| /s/ Stephen Suggs | /s/ Andrew Lindemann |
|---|---|
| *On behalf of Attorneys for Plaintiffs* | *On behalf of the CHE Defendants* |
| Tammy Besherse (Federal Bar No. 12111)<br>Stephen Suggs (Federal Bar No. 7525)<br>Susan Berkowitz (Federal Bar No. 1305)<br>South Carolina Appleseed Legal Justice Center<br>P.O. Box 7187 | Andrew Lindemann (Federal Bar No. 5070)<br>Davidson & Lindemann, P.A.<br>1611 Devonshire Drive, Second Floor<br>Columbia, SC  29202<br>T:  (803) 806-8222 |

---

[1] Plaintiffs' claims against the other Defendants in this case were already dismissed subject to the terms of settlement agreements, with the Court retaining jurisdiction for five (5) years to enforce certain terms of the agreements.  ECF No. 91.

1

2

Columbia, SC 29202
T:  (803) 779-1113
F:  (803) 779-5951
tammy@scjustice.org
ssuggs@scjustice.org
sberk@scjustice.org

Michelle R. Lapointe* (GA Bar No. 007080)
Eunice H. Cho* (CA Bar No. 266417)
James M. Knoepp* (GA Bar No. 366241)
Gillian Gillers* (GA Bar No. 311522)
Southern Poverty Law Center
1989 College Ave. NE
Atlanta, GA 30317
T:  (404) 521-6700
F:  (404) 221-5857
michelle.lapointe@splcenter.org
eunice.cho@splcenter.org
jim.knoepp@splcenter.org
gillian.gillers@splcenter.org

* Admitted *pro hac vice*

F:  (803) 806-8855
alindeman@dml-law.com

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

      Andrew F. Lindemann
      1611 Devonshire Drive
      Columbia, South Carolina 29204
      alindemann@dml-law.com

      Henry Wilkins Frampton, IV
      Joshua Wallace Dixon
      McNair Law Firm, P.A.
      100 Calhoun Street, Suite 400
      Charleston, SC 29401
      hframpton@mcnair.net
      jdixon@mcnair.net

                                              /s/ Stephen Suggs

this 29th day of April, 2016.